KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SALADIN RUSHDAN,**<br><br>                                   Plaintiff,<br><br>  v.<br><br>**J. GONZALES, et al.,**<br><br>                                   Defendants. | No. 1:14-cv-01807 DLB<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Document 24) |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Saladin Rushdan (aka Robert S. Woods), by and through specially appearing pro bono counsel, Douglas Thorn, and Defendants, by and through their counsel of record, stipulate to the voluntary dismissal of this action with prejudice.

Each party is to bear his own costs, attorney's fees, and expenses.  There is no prevailing party in this action.

///

///

1

1  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the
2  Court is HEREBY DIRECTED to close this case.[1]

3
4  IT IS SO ORDERED.

5  Dated:   **March 24, 2016**                     /s/ Dennis L. Beck
6                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to the jurisdiction of the United States Magistrate Judge.

Stipulation for Voluntary Dismissal with Prejudice and Order  (1:14-cv-01807 DLB)